UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANDRIANO CORTEZ, :
                              CIVIL ACTION NO. 3:23-0329
      Petitioner :

                              (JUDGE MANNION)
   v. :

JESSICA SAGE, WARDEN, :

      Respondent :

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice for Petitioner's failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

                                 MALACHY E. MANNION
                                 United States District Judge

Dated: August 9, 2023
23-0329-01-Order